IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN L. MANCZAK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 13 C 7277 |
| | ) | |
| v. | ) | Magistrate Judge Martin |
| | ) | (consent filed) |
| CREDIT CONTROL, LLC, a Missouri limited liability company; OLIPHANT FINANCIAL, LLC, a Florida limited liability company, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, pursuant to the negotiated settlement and through their respective undersigned attorneys, as follows:

1. All of Plaintiff Karen Manczak's individual claims are hereby dismissed without prejudice. This dismissal will convert to a dismissal with prejudice, without further filing, on April 30, 2015 if all Settlement Proceeds are timely received.

2. The claims of the absent class members, no class having been certified in this action and no notice having been given, are hereby dismissed without prejudice.

3. Plaintiff and Defendants to bear their own costs.

SO STIPULATED:

| /s/ Stacy M. Bardo | /s/ Patrick Watts |
|---|---|
| Lance A. Raphael | Patrick Watts, Esq. |
| Stacy M. Bardo | Fusion Law Firm |
| Allison A. Krumhorn | 5757 Phantom Drive Suite 250 |
| The Consumer Advocacy Center, P.C. | St. Louis, MO 63042 |
| 180 West Washington, Suite 700 | (618) 520-6477 |
| Chicago, Illinois 60602 | |
| (312) 782-5808 | Douglas McMeyer, Esq. |
| | Husch Blackwell |
| Kenneth M. DucDuong | 120 South Riverside Plaza, Suite 2200 |
| | Chicago, IL 60606 |

KMD LAW OFFICE  (312) 755-0404
35 E. Wacker Dr., 9th Fl.  *Attorneys for Defendants*
Chicago, Illinois 60601
(312) 854-7006
*Attorneys for Plaintiff*